DANIEL MALAKAUSKAS, *Cal. Bar No.: 265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive, Suite B-107-240
Las Vegas NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff:* **Frank Singh**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **FRANK SINGH**,<br><br>                    Plaintiff,<br><br> v.<br><br><br>**KINGS BREWING, INC.**, as an entity and doing business as "Kings Brewing", **CHARLES MICHAEL PFISTER, MATTHEW K. PFISTER, MARTA H. PFISTER,** and DOES 1-50, Inclusive,<br><br>                    Defendants. | Case No.: **5:22-cv-2112-SVW-AS**<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>[Fed. R. Civ. P. 41] |

   **PLEASE TAKE NOTICE**, that plaintiff hereby unilaterally requests that this action be and is hereby dismissed in its entirety, against all defendants, **WITHOUT PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1).

Date:  December 10th, 2022                         /s/ Daniel Malakauskas_____
                                                                                    By: Daniel Malakauskas, of,
                                                                                    MALAKAUSKAS LAW, APC,
                                                                                    Attorney for Plaintiff